**Exhibit A to the Complaint**

**Location:** Mansfield, MA  **IP Address:** 75.69.120.155
**Total Works Infringed:** 100  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4DD1AA47FB6A61C8890FF81441AEEC1FFC2EB642<br>File Hash:<br>BA54B8170D0D2DFE85F4042079990ADF1BF861F8F34E65D4760A2C09B2DB160C | 09-19-2023 01:18:35 | TushyRaw | 09-13-2023 | 10-18-2023 | PA0002435599 |
| 2 | Info Hash: 67788E62EFAA9301B78292C0E20E63C98D3C832C<br>File Hash:<br>270587DC4B8599C10EFF73F6ADBBF91AA0089E8BE35075A137643DDA80EF6E06 | 09-16-2023 03:37:55 | Blacked Raw | 09-11-2023 | 09-17-2023 | PA0002430897 |
| 3 | Info Hash: 28678473D8DA8D24E4E8FACE9BA6D3FE20CA8C66<br>File Hash:<br>24A9E8CC89996C8A671D9F1F987D3A820EABC2C8EE4C65C7C39D152487952EEF | 09-15-2023 00:27:41 | Tushy | 09-10-2023 | 09-17-2023 | PA0002430910 |
| 4 | Info Hash: 8E61419880267569A3D186CEF18643AFCDD396D5<br>File Hash:<br>EA197FAAF85929977A7572A3EBB6B96DBB27D931C7859CE2ED4B7998B590390D | 09-12-2023 22:25:22 | Tushy | 08-27-2023 | 09-18-2023 | PA0002430911 |
| 5 | Info Hash: 6B4EABB6E32D76AF0D973B8A3924247FD3D2A6EF<br>File Hash:<br>C83527782738061237CEE35C9BE53C6D764F5F1AFADB87F4F2B70EC46F633EAA | 09-06-2023 23:12:54 | Tushy | 09-03-2023 | 09-17-2023 | PA0002430895 |
| 6 | Info Hash: DB6D4854720BBA3BEEB9C58953F56E0BBD9BA1B6<br>File Hash:<br>92F0D2CD139EE5B8D47B3F5748BF172F3795274E99CC71737F262C730357AF4A | 09-06-2023 04:12:58 | Blacked | 09-02-2023 | 09-18-2023 | PA0002430909 |
| 7 | Info Hash: 35CEA93986AB0F8BB9A15C477AD05276FFD2778E<br>File Hash:<br>D1CA43D5C366A6CB69B9D72846C6A615C8EA0B625C1E1F230038027996A79A94 | 09-06-2023 03:31:51 | TushyRaw | 08-30-2023 | 09-18-2023 | PA0002430961 |
| 8 | Info Hash: 41A9521D4822756B6D3F62FF1D413E088A3CE382<br>File Hash:<br>9A6058B6A617399534843E22F9EA2D4E3BA208111C47A1EE1359FC963BBD6348 | 08-30-2023 23:32:08 | Blacked Raw | 08-28-2023 | 09-17-2023 | PA0002430912 |
| 9 | Info Hash: FB156C5F688006303EBDC9CDFF1772336FBA53F8<br>File Hash:<br>AA440904DA6EA255A08796CF905511ED70E555C6C6F2BA78A948AFACA478FD0A | 08-07-2023 22:33:19 | TushyRaw | 08-02-2023 | 08-17-2023 | PA0002425540 |
| 10 | Info Hash: EA7B887FB5ABF2ED30E97BBF8EDB79EF2238FBA6<br>File Hash:<br>C1A262B1B5BBBA87ADF17E66656D5263E248A6B364A9BB47992E440E4F960CAB | 07-24-2023 23:50:37 | TushyRaw | 07-19-2023 | 08-17-2023 | PA0002425534 |
| 11 | Info Hash: 809293C21DB10B7116A8B84BA7E2E17B79CEE866<br>File Hash:<br>642AB20417DF2F3C02C8D1DCA956BCBECFFD743FCE1F66592E0369D690E64D5B | 07-24-2023 23:49:32 | Blacked Raw | 07-17-2023 | 08-17-2023 | PA0002425535 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: A791EAFFAF33A0A8ED315EBE6F206F72E34CA0FA<br>File Hash: 26F2233A8EC121CDA38FE8BB5979B63EF9FBD5A7A1154DA3248E80CDF7432342 | 07-03-2023 02:46:30 | TushyRaw | 06-28-2023 | 08-22-2023 | PA0002431059 |
| 13 | Info Hash: 23FFAFD0CF5E44C026B7E17FF5C0B717367D7290<br>File Hash: 37D3497E7D097911E9E607B26B90574E867421E4C7A908D96A7FDA0AC841E3BC | 06-25-2023 02:57:37 | TushyRaw | 06-21-2023 | 08-22-2023 | PA0002431054 |
| 14 | Info Hash: 7B88D1A5EC9D8E2AA590CC08B8DB02DC541D8699<br>File Hash: 96644577C7B69A7AA0BE9903ECF65740104DF510932E93951B5B22B22DA8C045 | 06-21-2023 23:54:56 | Tushy | 06-18-2023 | 07-13-2023 | PA0002420350 |
| 15 | Info Hash: 3EA9B84FA8C9C8323C5E3EA7A084CC1AC667FAB1<br>File Hash: D077C599BCDE53E0DDD6338CBE0201A88CF15C0FF4B764EECEE8F9647093DD84 | 06-19-2023 21:32:42 | Vixen | 06-16-2023 | 07-13-2023 | PA0002420352 |
| 16 | Info Hash: B95E2CBF4743220A78CF9A2963DD08C6D8724017<br>File Hash: 5CAFFD340A1A94E5F20E9B151A98F62B5CB9585DF7AEDC77ECA717E6320B386B | 06-15-2023 00:30:57 | Tushy | 06-04-2023 | 06-09-2023 | PA0002415359 |
| 17 | Info Hash: 7581486ADBC5E109234C53EB45D4096005816856<br>File Hash: ED99F7C1B6B16C2114AC48025ACF413CE12C34D966C58DE0861FEC93360E3AF6 | 06-15-2023 00:12:22 | Blacked Raw | 06-13-2023 | 07-13-2023 | PA0002420359 |
| 18 | Info Hash: D4CC9A93A35EC155533945E3136B6A44A0EAFD80<br>File Hash: 1CC7562854B5FE5A0FB79977EC8A6134AEB879DCE12B74960A6ABCD7A96EC424 | 06-11-2023 02:46:55 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 19 | Info Hash: 525F00BF352CF573380E663132EC445531629A22<br>File Hash: E6A528611A60759275E1C6F267DA12485A53A76DEFBBFF1EDF1A9639B7543787 | 06-09-2023 00:47:30 | Blacked | 06-03-2023 | 06-09-2023 | PA0002415360 |
| 20 | Info Hash: D4BC236892A9F5EFC6E4FC7809325068F1A2755C<br>File Hash: 14CFFCF9CE403E9A951BDEB96AE71C218BA39675B530DA929F0484648001A394 | 06-02-2023 22:20:32 | Tushy | 05-28-2023 | 06-09-2023 | PA0002415376 |
| 21 | Info Hash: 045AEEFE018AE2815CF6B4FA7138A3DF0760ECA7<br>File Hash: DE364D4FCA126DC64C9DDE43A743A3DD850F9C66CA71C37CFEE52C9182C08CC7 | 05-31-2023 05:38:24 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |
| 22 | Info Hash: 03084844DBF24E1040F9E2A666DC6E2A8031E58F<br>File Hash: 654D056CED9C3F041D848BFF36FF7EE17E2BF4D6232F9DE941C9D057E36FE022 | 05-24-2023 20:44:22 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 23 | Info Hash: 6C639AA8446F7F87521D3F3E65244D3164287F1A<br>File Hash: 4DEB83BF65F44F882F54385B87EC7169F82748E2F40DE7B3152E2B00BAC018EB | 05-22-2023 22:15:22 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 8E6BB02CD149633559388FBF5770D2141BC060CB<br>File Hash: 702B7BF6362EB81A8C19D53B7C24D08FD012F90BE86128205638FEF6213A216C | 05-15-2023 23:20:22 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 25 | Info Hash: F25A8DD3192FA2965BA54A591774A990C9E80C5B<br>File Hash: E5D18A3131937B4CA5A8BCA3C61A9B24175C98798375CACE01C78476725435D5 | 05-12-2023 23:35:20 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 26 | Info Hash: 1093C8247752EBFE1ECA68BD32CE7D2733601137<br>File Hash: 82F1288089C268400FA4A72DF754200177E19829C0328CB1F163C842B6537B3E | 05-11-2023 23:33:54 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 27 | Info Hash: 711061440560362DE228D9B89300367651333F3A<br>File Hash: D8BA5227FA7EE9E2E952404158A35E10AD553C26D90425F7BDF7776FDD3AA3BA | 05-11-2023 23:01:44 | Tushy | 05-07-2023 | 05-14-2023 | PA0002411294 |
| 28 | Info Hash: DBA02866E5BD0D4D5FCFFB15FEB41DBEC49237EE<br>File Hash: 8722DD6B016D4F3C4ED50F3E0C96774BAC510F2F85F539DE9A858C201A2B0B56 | 05-09-2023 01:47:08 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 29 | Info Hash: 9B48A0D89AD001E3D865537382259A411780312D<br>File Hash: 680534C519E425A23402EAE1AF81B67DEB1A267E28BDCD9A7C9D15530B81BC8A | 05-01-2023 23:55:47 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 30 | Info Hash: E64F1EF5FC18A3D1F630E1B0838A175EC34A6C1B<br>File Hash: C617308E6E87FCED4A6E80E60EC04C9C02C4EA163270C3FFA88F71863FF4DD98 | 04-29-2023 00:01:01 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 31 | Info Hash: 6ED38D738D7584B6A6DDE3498B50C2883D680458<br>File Hash: 38B1E812773D3E0FCEDFAC6038AF0A4D29A051DBFE54A4E37589413B2E2B4DEC | 04-28-2023 23:47:31 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 32 | Info Hash: F44B66E867E84AAF3293899293D256A90CFBAC6B<br>File Hash: A061C6BB38FA83A4DD51FCFD689106718DD776FB125111098B3AD1758D752B14 | 04-25-2023 23:36:49 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 33 | Info Hash: 35715998120E4934BEEFD7F4F50AAF323FDE732E<br>File Hash: 255FDF4A2DFC3D182BEA301C297B889372478C7B59B9AC82AEC038D065CE14EF | 04-21-2023 21:20:59 | Tushy | 04-16-2023 | 05-14-2023 | PA0002411274 |
| 34 | Info Hash: F8FBC36D824DEAFA3B0065D6F5B56870A30EE4DD<br>File Hash: C9BE0488CC1277581F0DE03434554ECFA894B8DFC32605AA8319A2FC7BC19879 | 04-18-2023 00:17:55 | Vixen | 04-14-2023 | 05-15-2023 | PA0002411265 |
| 35 | Info Hash: 54DDB381DB9B297FF4391C512E27E1628E1BF7C9<br>File Hash: C98C2FC3BD3645DB139308EE16424892DCD2FAC80768CEA3B2B4D8BA84A17BF6 | 04-12-2023 00:55:25 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 4D347C3B922537DECA1E7D90591BCF15F763E318<br>File Hash: E18050780127A2B9DCCCF4887FD18CD706BB21E6AA9CA8B0FA0EEFD6C60DA8F3 | 04-12-2023 00:52:16 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 37 | Info Hash: 0D98C9D64CA30CD2FAEDC1AC36A39D345EA7749D<br>File Hash: 62046B7018EA9D1954194A355755E15ABA702E4E367ED1DDB3A525B0BC8233BD | 04-05-2023 22:26:19 | Tushy | 04-02-2023 | 04-07-2023 | PA0002405755 |
| 38 | Info Hash: 677F8707DBCE02AAF8615B7675703C68B74375B2<br>File Hash: F99690C46146A04890C3C77277A19B20D03C814AF12000C32AFBCC114EB2C37E | 04-04-2023 22:52:31 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 39 | Info Hash: 589371E52B36F4957B9E36CFD70F1164B303150B<br>File Hash: 0111D11EDDDCFB91FEACC137329C2212EFEE3BCF0DD0B1D749598FFCD006FE92 | 04-02-2023 17:45:23 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 40 | Info Hash: 30DB12CBED97C504152F7431DD95C5926C267BC0<br>File Hash: 31A04114788169DEBA7233288589DAAFEA621A0A3BE5AC6FA59B850C25671166 | 04-02-2023 17:45:19 | Blacked Raw | 03-30-2023 | 04-07-2023 | PA0002405733 |
| 41 | Info Hash: 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16<br>File Hash: 345121A9C591335279FF008033711FDFF7C4866946F7AD249AF1061E591BE2E7 | 03-28-2023 23:33:15 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 42 | Info Hash: F91C59C6E04A926E5C039E40C8D2C693F491E336<br>File Hash: 82B97FF6266964E50AD4C183701854B0215741710DB49486BC7F8A545766CC2E | 03-28-2023 23:11:11 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 43 | Info Hash: B232F6C7054DB73F98230AB71EB6F8400C033F12<br>File Hash: 0AD2FAA4067988D387E1CBB4B6D83B23EDA576C75318C127D1912B3CD66A2CBE | 03-22-2023 22:20:28 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 44 | Info Hash: F37A59D2C8800474287D6D093A9EA31456C8DDB9<br>File Hash: 7304BF5EFCDA0F9C7D3F8D50E862F127E28725828EAB12DD3F037F6408538AFA | 03-21-2023 23:10:04 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 45 | Info Hash: AD35028FBA3E58D262D727CE869E6D4757C8DF91<br>File Hash: 0D5C4E7A38DFCBCDB5DBF984E8A5D82A8CB9E6F278043C661BDCAFDE1D4D93C1 | 03-21-2023 22:52:12 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 46 | Info Hash: 743B3602E3947D7E2E0C0F2C50A1E319355E9209<br>File Hash: DEA04C3638F6A0FDE0AF99820AC7F8170B93F2FFB7C72784E2E70A8A386B3060 | 03-21-2023 22:52:09 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 47 | Info Hash: 45E6D74963C18BF60B8A529AA23A409FE53E37B4<br>File Hash: BE684BC9C4A7C8B78AAD19E736ECB287799E535F2EC01A1E8DC53EAFF2B79681 | 03-14-2023 21:35:14 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 1126FFDAB039432CE55D786402084CFC474E693A<br>File Hash: 484294E18E4ECD4CFBCF3EB7DC53E14D11C9025DD5368C3AE34798BF6FB40146 | 03-12-2023 21:12:23 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 49 | Info Hash: 9A6B1AB94635E9B086A0566029A5ACA2871FA5D4<br>File Hash: A04FF98DC25B01B376CE9EEF7DBEA6A59687F24E6B99C4B6984BCEFE41ED5105 | 03-09-2023 02:01:57 | Tushy | 03-05-2023 | 04-07-2023 | PA0002405753 |
| 50 | Info Hash: AABEA16B56023B1F5709AEE6BEA33BB7EAB779E5<br>File Hash: 9BDB422CD15FF86B3FF7C84A205348DB8543406B805B5581EAF35C775F3C0F16 | 03-09-2023 01:08:50 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 51 | Info Hash: 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE<br>File Hash: 7585140E235E96F4BD705D67A00B86454206B422718DDDB2D673F9CEC873639B | 03-07-2023 03:18:45 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 52 | Info Hash: 8AB9FDD615D0FBC90CCB30F527B01ACF5C3392A9<br>File Hash: 2C455D2C2790A80F7DF0DB958F5EEF9E32ACE7EC7F97467FAE58299545A9B231 | 03-02-2023 22:40:44 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 53 | Info Hash: C53946C97B226C06BE28B29962D81DD4311C318A<br>File Hash: 84D3DDD0B642C99A94135BF2A3015E727FA42FDAA94E68297E2A6E8363B51464 | 03-02-2023 00:33:19 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 54 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash: FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 02-26-2023 23:53:18 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 55 | Info Hash: B130E19A6EEF2E4D60D3661116FFE8440CD401F8<br>File Hash: 6937A7778D7753D33CCA08323009E3A32A25E3D69A327CAFDE357AB7AD705752 | 02-26-2023 23:41:00 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 56 | Info Hash: D54AA0900EF67CFEEA274727BD1234A04A851773<br>File Hash: 9E03E8F2EAC1127ABBE3600BBFD0799C99F41910D75F365CA4859CA4C9F337FB | 02-21-2023 02:52:17 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 57 | Info Hash: 608585073CBF75089404F0EA7B2B175E95975C22<br>File Hash: 9592CC63893B4E66C8E97B25CB030FD712C703E00E5606687E7D3A43F7D6E1C8 | 02-20-2023 23:09:21 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 58 | Info Hash: 12CB3CAF76D76F88E13556704B1C13FC6902811E<br>File Hash: B1F01BFBFC6B3E923D7F6F8786EB2955B1D0EA2483E0866F5EC52B59A161DACB | 02-16-2023 02:08:04 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 59 | Info Hash: FE3289A7C542CCAB30F3B0E37C2E9E145B3ECC5C<br>File Hash: CAE60E55B10CF11927E5271B96FB56FC16799F7D4A258B422B354DBC34F0AE07 | 02-16-2023 01:19:46 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: AB6EBAFD49EADD71F2316803BF55B6FB26B81EFA<br>File Hash: 22615C4D20273E938E3CC616950F1799A09B612D67EDC9E5CEBB1131A780617F | 02-14-2023 02:55:26 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 61 | Info Hash: BF504F5D65B1ABA34CBDB26DF9139869DD20041E<br>File Hash: ECD2ECBE7728B5E763750C0BF7B1F180C8D2A55661DB70C2E44FEDE96571D5F4 | 02-02-2023 02:11:35 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 62 | Info Hash: F08E75A3CCD5100C7AC72DF3642EE4407DBD8A2C<br>File Hash: 3669F73216FD7FA49F792E98881C0F07EE2039B31A14CEBF82E62117FEB27618 | 01-25-2023 23:35:00 | Tushy | 01-22-2023 | 01-27-2023 | PA0002393076 |
| 63 | Info Hash: 629DF02CDAC1EC602F343FDCC55EDF3C6307B281<br>File Hash: 04F8AED78A39739C543E3B91EBEFC20E9C8DDADCCDFC1570EEB89F305CA88C54 | 01-24-2023 00:16:34 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 64 | Info Hash: 2E0B55853DBE8D43D893BAED034ED6E7203DC238<br>File Hash: 268931F60F7756E1251BB366DE5A42628CB27C2412A97C5DF79B3C644DB97B5E | 01-23-2023 22:05:22 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 65 | Info Hash: 4DB9AE8D8C7C51D3483FE9E01776FE8F4299873B<br>File Hash: C591E9E4D21902476B545122B38E42AFB863EC33540CE3BF9FBC41BE59E2B061 | 01-18-2023 02:40:43 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 66 | Info Hash: 0DA52CD859D8BFB4CE9AEFB0241F8897218FC9BF<br>File Hash: 3106FD3607D7FDFB170BF5EB5D3C039FAF5AB57C47C0133C5154E2B5AF1D8B62 | 01-16-2023 22:54:28 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 67 | Info Hash: 899A2F207BA1A21B6E325D202DF05C0D0D4F9FFA<br>File Hash: 0C9A8F7F3C5E6738180B17B461DDA5E9D33030E6A1A461F97D3A261558CD8109 | 01-15-2023 22:28:07 | Vixen | 01-13-2023 | 01-27-2023 | PA0002393077 |
| 68 | Info Hash: BCEE2B201E8BE86D6E309C344A3457EA1E53277D<br>File Hash: E808D4CC998B33A513DD7C925B248A79D8F7D6D757C4E455A6806258CABE4D63 | 01-12-2023 01:13:58 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 69 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash: 7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 01-12-2023 00:51:27 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 70 | Info Hash: 5B3077C160BA3582630AD259484DFC305BDEB60B<br>File Hash: 18B36582A648ED0D8A39159D76E215F6850D2FF07F887938E4471CDA8D3098DD | 01-08-2023 20:44:53 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 71 | Info Hash: B56C320DF91A81F620DE09BF052BC98867A3D5CC<br>File Hash: E6D293B01CF18FA42CCA055FB29DDA520699650FA64D2AAB6975975B2D3C81C6 | 01-05-2023 00:27:00 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash: D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 01-04-2023 02:02:37 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 73 | Info Hash: C007925479E9CAE8464CB50F5733191C0EC1764A<br>File Hash: 34B99FCF3503E925DA02EB09DA25808E24D5EB62BCE0402C837DB758CDAE249C | 01-02-2023 23:17:37 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 74 | Info Hash: 102E275F06CD6433699975512D505CCABC08AC65<br>File Hash: 12135BB7D825A793CAEBAE9DD71A7DEF7964928EFC8476214BD93F1CB090D0A9 | 12-22-2022 02:33:38 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 75 | Info Hash: 95C8B15EF533C5F1F122A9DF55C3915956A10ED7<br>File Hash: 4CAEF4F10C5BF07082B3112EBF043FA44613098E2AAE0DA74FBCA5FA07B1DB70 | 12-20-2022 00:09:19 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 76 | Info Hash: 3288E1B15FBABC29A6EFD53A33AED22403A0FED7<br>File Hash: 5664136B8F7CBBC79F414F877E5C49BC69B2E19CF2643EC8340106AF1B4D994F | 12-18-2022 20:13:55 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 77 | Info Hash: 473448C92FD43D93FCCEFD14D44C8937B0D21C5F<br>File Hash: DCA886628A815F28ABCDCBEB55A6AE986BB0CDFE45C226DD6CE2B9D014FD6F48 | 12-15-2022 22:27:10 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 78 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash: 902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 12-12-2022 20:42:51 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 79 | Info Hash: D70B641B33E30BCED7E47CC2E730012E20C36C06<br>File Hash: 5BA409A3CAB83E625CF54404B0792AAE034DCDAE89FF5B310B15797BA71D2631 | 12-06-2022 23:37:44 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 80 | Info Hash: 5BA2DA08C36A2FA2409D662E9FA861EF6F8BF8E0<br>File Hash: 8A1A323D6C4C043B7BCD347E9251972CDCB448681EACFF6CB828C5935E3EC390 | 12-04-2022 23:04:13 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 81 | Info Hash: 3D12C142E56A6E39459711907ACDD5A07DA03127<br>File Hash: DBC642F9DE43810227B6EDE773175652DD06978B99E6B302A7F07C9F2EAEBD77 | 12-04-2022 23:01:19 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 82 | Info Hash: 28EDF2C62BADD8B3118351281610A387E51675A4<br>File Hash: 9E0B763F054683E00B053153692896D4087A9C22C2D32CF3E0D45C47940A3A3A | 12-04-2022 22:59:57 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 83 | Info Hash: 74F7C03315B7FB96932FAEFB2122EE94072BBB62<br>File Hash: F1394FAEA4BCA26F7544C40260D0CC4432B90408C8CB5B431307F4320C999EB9 | 12-04-2022 20:15:13 | Vixen | 12-02-2022 | 02-21-2023 | PA0002401003 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 43895C16236A6AD40F41D1A81D6F469DFD9E4B2D<br>File Hash: DF629E1E14C9CBD62202A90F4996C5DE6462B28923D549010F5E936AD768A87A | 11-29-2022 03:30:11 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 85 | Info Hash: 43EED9CE8E5D6617A4583D8D2CBFC70C077744CD<br>File Hash: 575ABAA65CDDDCEB4338CA4315340EB9779E202370B4B726C38F5AB8924F3233 | 11-19-2022 01:52:46 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 86 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash: 3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 11-15-2022 00:09:07 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 87 | Info Hash: 89C58C66D343F338D5F2A7B1B7FDC6DFB12C7050<br>File Hash: 62EEE16EFC2EA791C25B323955530CAC9F89AB9D7FBBB5BBC6ED49E1669F0A31 | 11-15-2022 00:04:05 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 88 | Info Hash: ACAEAB5A100D20A306B5F8BD063D03CFE0865F2F<br>File Hash: FE47DAC4CEFE80E8AEBCCEE88BB1FCD162E4444A536736C3E26270D841B654C3 | 11-09-2022 22:44:52 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 89 | Info Hash: 8BA41798E33B659C6AB6BE1F5970479FC27BE064<br>File Hash: 918D5BEC584BD604582A22D42C1B6919C6FDE585CD60660FAF08C8A97738DF9C | 11-07-2022 06:09:27 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 90 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash: BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 11-02-2022 22:01:44 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 91 | Info Hash: D09B0E39B1E94F8F9BEE6A068013473911ADDB60<br>File Hash: EBBBA8280364BC1C55BF5CDC09464CE9FD244DBDF460DB141E967A2AB8E43BAF | 10-25-2022 23:31:36 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 92 | Info Hash: 809B162C22ABD37CD07C346DAA103D0C42B20F6E<br>File Hash: 0D4CB5EDAEC9B40F128E11CB047013FC8D3770060726FE0BD6D2723141B74580 | 10-24-2022 23:28:42 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 93 | Info Hash: 81F168AE4D617B492ABE43FD31EB38D8A5B5BCA5<br>File Hash: B51FACD2FC56DAE63E9AC46634D88BB4CEE03E6887A99467095C8C6435C3F91C | 10-20-2022 00:19:49 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 94 | Info Hash: 388128E50D34A2E03CCD58ABDF06E8FE7EBE2BD6<br>File Hash: F2202549902BF70E29B42197CC6F0F8FA4F83AB41FCDF2DA060D7D79FF76A6D7 | 10-18-2022 23:13:43 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 95 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10-18-2022 00:35:27 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: DDBB00FC42073359E8ECFC10A46AA9A2C89E3591<br>File Hash: 31A340DED1153F86AC6200961C0AE32914813D50B8F2C32FAFEAB54018D3AF15 | 10-16-2022 16:01:45 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 97 | Info Hash: C60686B993E19D6EA2BE4EAEF1099D09CA050695<br>File Hash: 5F82A986E0E58A79427CD69AC4464B240C51401C3F3ADA1C57CE1272EA84CAC3 | 10-13-2022 22:05:34 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 98 | Info Hash: 5036A7CFAA59E71074D8758BB7D76C27F540BD05<br>File Hash: A7888149AD0468875E9074442BBD47D96EE2FE267C49E544B9717B6F2091E8ED | 10-11-2022 21:31:52 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |
| 99 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash: 52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 10-10-2022 23:50:31 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 100 | Info Hash: 57F3C8BC22EA2487800D7DD80D3934D1E7217CFE<br>File Hash: D4241B4F1BC300DC88944D17E0AF8F0378F950D35CB52BF5EB787AAF549F2B77 | 10-05-2022 23:27:16 | Tushy | 10-02-2022 | 11-27-2022 | PA0002388605 |